**Francisco J. MAGANA BERGANZA, Petitioner**

v.

**Eric H. HOLDER, Jr., Attorney General of the United States, Respondent.**

No. 13–3554.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 18, 2014.

Filed: Aug. 21, 2014.

Joseph Lopez Wilson, Omaha, NE, for Petitioner.

Kevin J. Conway, Karen Yolanda Drummond, Gregory Darrell Mack, Senior Litigation Counsel, Carl H. McIntyre, U.S. Department of Justice, Washington, DC, for Respondent.

Before BYE, SMITH, and KELLY, Circuit Judges.

PER CURIAM.

El Salvadoran citizen Francisco J. Magana Berganza petitions for review of an order of the Board of Immigration Appeals upholding an immigration judge's denial of withholding of removal. Because we are bound by opinions of earlier panels, *see Gaitan v. Holder*, 671 F.3d 678, 681 (8th Cir.2012), we are foreclosed from reconsidering this court's determination that the group Berganza proposed was not cognizable as a particular social group for purposes of withholding of removal, *see De Castro–Gutierrez v. Holder*, 713 F.3d 375, 380 (8th Cir.2013) (to qualify for withholding of removal, alien must show that there is clear probability that his life or freedom will be threatened in country to which he is being removed because of, among other things, his membership in particular social group). The petition for review is denied. *See* 8th Cir. R. 47B.